IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JAMES J. MCGINLEY,

      Appellant,

v.

      Case No. 5D21-2294
      LT Case No. 42-2013-DR-001891-FC

LANA K. MCGINLEY,

      Appellee.

_____/

Decision filed May 2, 2023

Appeal from the Circuit Court
for Marion County,
Jennifer Bass, Judge.

John N. Bogdanoff, of The Carlyle
Appellate Law Firm, Orlando, for
Appellant.

Rebecca A. Guthrie and Mark D.
Shelnutt, of The Law Offices of Mark
D. Shelnutt & Rebecca A. Guthrie,
Ocala, for Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., WALLIS and HARRIS, JJ., concur.